MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted January 10, 1955; decided January 20, 1955.

Motion for reargument denied, with $10 costs. [See 294 N. Y. 818.]